UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GIPSON,<br><br>   Petitioner,<br><br> v.<br><br>SUZAN HUBBARD, warden,<br><br>   Respondent.       / | No. C 07-2393 SI (pr)<br><br>**ORDER OF DISMISSAL** |

  This action was opened when petitioner filed a motion for an extension of time to file a habeas petition. The clerk notified the petitioner that the action would be dismissed if he did not file a habeas petition. Petitioner did not do so.

  This action is dismissed because there is no habeas petition or other pleading showing that this court has subject matter jurisdiction over this action. See generally 28 U.S.C. § 1331. This action is dismissed for the additional reason that petitioner failed to file an in forma pauperis application or pay the filing fee, although he had been notified of his duty to do so.

  It appears that this action was opened in error, as the petitioner already has another habeas action pending, Gipson v. Schwartz, C 06-5463 SI. To the extent petitioner was attempting to obtain an extension of time in his existing habeas action, the way to do so was to file a motion in that action that had the case name and number on the first page of the motion rather than by filing a separate action. The motions for extension of time are DENIED. (Docket # 1, # 5.)

1     The clerk shall close the file.

2     IT IS SO ORDERED.

3 DATED: September 10, 2007

                                      SUSAN ILLSTON
4                                  United States District Judge

**United States District Court**
For the Northern District of California