UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE GIPSON,                               No. C 07-2393 SI (pr)

       Petitioner,                        **JUDGMENT**

  v.

SUZAN HUBBARD,
warden,

       Respondent.
_____/

      This action is dismissed for lack of subject matter jurisdiction and because petitioner failed to file an in forma pauperis application or pay the filing fee.

      IT IS SO ORDERED AND ADJUDGED.

DATED: September 10, 2007

                                                   SUSAN ILLSTON
                                         United States District Judge